UNITED STATES of America,
Plaintiff-Appellee,

v.

Randolph Louis TATE and Ronald Steve
Delgado, Defendants-Appellants.

No. 76–2066.

United States Court of Appeals,
Fifth Circuit.

Oct. 17, 1977.

Victor R. Arditti, El Paso, Tex. (Court-appointed), for Tate.

Bertrand C. Moser, Houston, Tex. (Court-appointed), for Delgado.

Ronald Steve Delgado, FCI, pro se.

Jamie C. Boyd, U. S. Atty., San Antonio, Tex., William B. Hardie, Jr., Michael T. Milligan, Asst. U. S. Attys., El Paso, Tex., for plaintiff-appellee.

Before GODBOLD, SIMPSON and GEE,* Circuit Judges.

PER CURIAM:

A member of the court in active service having requested a poll on the reconsideration of this cause en banc, and a majority of the judges in active service not having voted in favor of it, rehearing en banc is DENIED.